AO __     Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

**NORTHERN** _____     District of _____ **NEW YORK**

UNITED STATES OF AMERICA

vs.

TIEGE WILLIAMS

Date of Previous Judgment:   January 30, 2003
(Use Date of Last Amended Judgment if Applicable)

**ORDER AND AMENDED JUDGMENT REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Case Number:   5:01-cr-280-002 (NAM)

USM Number:   10963-052

Lisa Peebles, Esq.
Defendant's Attorney

**FILED**
APR 1 4 2008
___ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse
U.S. DISTRICT COURT - N.D. OF N.Y.

---

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _211_ months **is reduced to** _181 months_.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 33                    Amended Offense Level: 31
Criminal History Category: III                Criminal History Category: III
Previous Guideline Range: 168 to 210 months + 60 months      Amended Guideline Range: 135 to 168 months + 60
on the 924(c) Count                                           months on the 924(c) Count

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☒ Other: This sentence consists of 121 months on Count 1 and 60 months on Count 4, to be served concurrently with each other, and 60 months on Count 5 (924(c), to be served consecutively with each of Counts 1 and 4.

## III. ADDITIONAL COMMENTS

_____

_____

Except as provided above, all provisions of the judgment dated January 30, 2003, shall remain in effect.

**IT IS SO ORDERED.**

April 14, 2008
Order Date

_____
Effective Date (if different from order date)

_Norman A. Mordue_

Hon. Norman A. Mordue, Chief U.S. District Judge
Name and Title of Judge